Isaac Goldfinger, Appellant, v. Philip Feintuch, as President of Butcher Union Local No. 174, Respondent.— Judgment reversed, with costs, and judgment directed in favor of the plaintiff, with costs. (See *National House Cleaning Contractors, Inc.* v. *Bobaluc*, 243 App. Div. 699.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; McAvoy and Glennon, JJ., dissent and vote for affirmance. The findings inconsistent with this determination should be reversed and such new findings made of facts proved upon the trial as are necessary to sustain the judgment hereby awarded. Settle order on notice.

John S. Behr, Also Known as Max H. Behr, Jr., Respondent, v. Chase National Bank of New York City, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. It appears from the face of the complaint that persons beneficially interested in the trust have not given their consent. The trust, therefore, may not be revoked. (See *Schoellkopf* v. *Marine Trust Co.*, 267 N. Y. 357; *Whittemore* v. *Equitable Trust Co.*, 250 id. 298.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

John S. Behr, Also Known as Max H. Behr, Jr., Respondent, v. Chase National Bank of the City of New York, Defendant. Evelyn Shirley Hardie, Betty Behr Engelhart and William L. Hanaway, Guardian ad Litem for Addison Engelhart, Peter Engelhart and Henry Weston Frost, Appellants.— Appeal dismissed, with twenty dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

Haliburton Fales, Appellant, v. DeCoursey Fales, as Trustee, etc., of Haliburton Fales, Sr., Defendant, and Haliburton Fales, as Trustee, etc., of Haliburton Fales, Sr., Appellant, and Ellen Dexter Fales, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. McAvoy and Glennon, JJ., dissent and vote to reverse and deny the motion.

Alfred L. Stamm, Respondent, v. Julius Hesslein, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Theresa Levy, Appellant, v. Herman Rothschild, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Hazel B. Moebus, Petitioner, Respondent, for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of Edward Robitzek, Deceased. Augusta Mildred Meyer and Others, Respondents, Appellants, Bronx County Trust Company, Respondent.— Decree, so far as appealed from, affirmed, with costs to the petitioner against appellants. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Townley, J., dissents and votes for reversal.